IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOYCE GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-22-CA-660-FB |
| | ) | |
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CMSI REMIC 2007-09-REMIC PASS-THROUGH CERTIFICATES SERIES 2007-09; and CENLAR FSB, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order Granting Defendant's Rule 12(b)(6) Motion to Dismiss signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Defendant's Rule 12(b)(6) Motion to Dismiss (docket no. 5) is GRANTED such plaintiff's claims are DISMISSED WITH PREJUDICE pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 18th day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE